AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA

2019 AUG 13  P 1:11

United States of America
v.
TEVIN ABERCROMBIE

)
)
)
)
)
)
)

Case No.  15-cr-10145-RGS-3

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  TEVIN ABERCROMBIE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Supervised release violation.

FILED
IN CLERKS OFFICE
2019 AUG 22 PM 2:3
U.S. DISTRICT COURT
DISTRICT OF MASS.

Date:  08/13/2019

*Issuing officer's signature*

City and state:  Boston, Massachusetts

Timothy R. Maynard, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   WARRANT EXECUTED BY USMS   BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON  8/20/19   *Arresting officer's signature* |
| *Printed name and title* |